IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | |
|---|---|
| CRAIG CUNNINGHAM, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Case No. 3:24-cv-00016 |
| ) | Judge Aleta A. Trauger |
| PORTFOLIO RECOVERY ) | |
| ASSOCIATES, LLC, ) | |
| ) | |
| Defendant. | |

## ORDER

For the reasons set forth in the accompanying Memorandum, defendant Portfolio Recovery Associates, LLC's Motion for Summary Judgment (Doc. No. 97) is **GRANTED**, and all claims set forth in plaintiff Craig Cunningham's Complaint (Doc. No. 1) are **DISMISSED**.

The other pending motions, including the defendant's Motion to Deem Requests for Admissions "Admitted" and Compel Responses to Interrogatories and Requests for Production (Doc. No. 93) and Motion to Ascertain Status of Motion for Summary Judgment (Doc. No. 101) are **DENIED AS MOOT**.

This is the final Order in this case, for purposes of Federal Rule of Civil Procedure 58.

It is so **ORDERED**.

_____
ALETA A. TRAUGER
United States District Judge